UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYATT ENTERPRISES, LLC, an Oregon limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHEMRAD, INC., a Washington corporation, ESTATE OF MATTHEW SOLLENDER, deceased, CAROL A. SOLLENDER, an individual resident of Washington, and ANDREW SCHMITT, an individual resident of Washington,<br><br>　　　　　　Defendants. | NO: 4:19-CV-5060-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 32. The motion was filed for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

The parties stipulate that all claims asserted in this action have been fully settled, resolved, or compromised, and request dismissal pursuant to Rule 41.

ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs, attorneys' fees, and expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED May 26, 2020.



                              THOMAS O. RICE
                         Chief United States District Judge