AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | | |
|---|---|---|
| WYATT ENTERPRISES, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:19-CV-5060-TOR |
| | ) | |
| | ) | |
| CHEMRAD, INC., et al; | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, each party shall
bear their own costs, attorneys' fees, and expenses

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____Thomas O. Rice_____ pursuant to the parties' Stipulated
Motion to Dismiss. ECF No. 32.

Date:  _May 26, 2020_____

CLERK OF COURT

_SEAN F. McAVOY_____

_s/ Linda L. Hansen_____
*(By) Deputy Clerk*

_Linda L. Hansen_____